**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GISELLE HIGUERA, Administrator for the Estate of Anthony Alvarez and as mother of A.A., a minor, ) ) ) | Case No. 22 C 964 |
| Plaintiff, ) | Honorable Judge Seeger |
| v. ) | Magistrate Judge Cole |
| CITY OF CHICAGO and City of Chicago Police Officers EVAN SOLANO, Star No. 12874 and SAMMY ENCARNACION Star No. 11790, ) ) ) ) | JURY DEMAND |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS**
**PLAINTIFF'S POLICY CLAIMS IN HER FIRST AMENDED COMPLAINT**

**Exhibit List**

Exhibit A          CPD General Order G03-02

Exhibit B          CPD General Order G03-02-01